```
                                                    FILED
                                                2006 NOV 28  PM 12: 56

                                                CLERK US ...
                                                SOUTHERN DISTRICT OF CALIFORNIA

                                                BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE GELDERT, DIRECTOR OF THE CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, ex rel. PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 04CV1498 BEN (LSP)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>Date:   December 11, 2006<br>Time:   10:30 a.m.<br>Crtrm:  3<br>Judge:  Hon. Roger T. Benitez<br><br>[Oral argument waived] |

   This cause comes before the Court on Defendant UNITED STATES OF AMERICA'S Motion to Dismiss (Lack of Jurisdiction) in the above-referenced action.

   Upon review of Defendant's Motion to Dismiss (Lack of Jurisdiction) and Plaintiff's Statement of Non-Opposition, the Court concludes it is bound by the ruling in the Ninth Circuit Court of Appeals in *People of California v. United States*, 307 F.2d 941 (9th Cir. 1961), and therefore dismisses Plaintiff's action seeking recovery of fire suppression costs for lack of subject matter jurisdiction under the Federal Tort Claims Act (Title 28, U.S.C. §§1346(b), 2671-2680).

///

The Court further finds that dismissal of this civil action for lack of jurisdiction does not preclude Plaintiff from pursuing recovery of it fire suppression costs from the Federal Emergency Management Agency under the discretionary grant program, or from pursuing recovery of its fire suppression costs from other federal programs or by petitioning Congress for a private bill.

Accordingly, it is ORDERED that Defendant's Motion for Dismiss (Lack of Jurisdiction) be GRANTED.

IT IS SO ORDERED.

Dated: 11/28/06

The Honorable Roger T. Benitez
United States District Court Judge